**Opinion issued June 23, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00141-CR

———————————

## IN RE AYINDE KHALIO WILLIAMS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Ayinde Khalio Williams, incarcerated and acting pro se, has filed a petition

for writ of mandamus compelling the trial court to rule on his application for writ of

habeas corpus under Article 11.07 of the Texas Code of Criminal Procedure.[1] We

deny the petition.

---

[1]     The underlying case is *The State of Texas v. Ayinde Khalio Williams*, cause number
        17-04-16005, in the 506th District Court of Waller County, Texas, the Honorable
        Gary W. Chaney presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Hightower.

Do not publish. TEX. R. APP. P. 47.2(b).